IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTIAN LANGEDYK AND
KANAE HATTA,

     Plaintiffs,

vs.                                      CASE NO: 8:25-cv-3220

AMERICAN BANKERS
INSURANCE COMPANY OF
FLORIDA,

     Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiffs, CHRISTIAN LANGEDYK AND KANAE HATTA, by and through undersigned counsel, hereby set forth this Complaint against Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, and state as follows:

## INTRODUCTION

1.     This is an action by Plaintiffs, CHRISTIAN LANGEDYK AND KANAE HATTA ("Plaintiffs"), against Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA ("Defendant"), for breach of contract under a flood insurance policy for payment of insurance benefits for damage/repairs from Hurricane Helene.

2.     Plaintiffs purchased a flood insurance policy from Defendant, which participated in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968 ("NFIA"), and consequently, Defendant issued a federal Standard Flood Insurance Policy ("SFIP") to Plaintiffs.

3.     Defendant failed to pay damages due and owing under the insurance policy.

**PARTIES**

4.      At all times material hereto, Plaintiffs owned the property located at 371 Avenida Milano, Sarasota, FL 34242.

5.      Defendant is an insurance company authorized to do business in Florida.

**JURISDICTION**

6.      This Court has jurisdiction of this action pursuant to the National Flood Insurance Act, specifically 42 U.S.C. § 4001, *et seq*.

**COUNT ONE – BREACH OF CONTRACT**

7.      Plaintiffs, at all relevant times, has been the owner of certain real property located at 371 Avenida Milano, Sarasota, FL 34242.

8.      Plaintiffs purchased a flood insurance policy, Policy Number 5000151497 (the "Policy") from Defendant, which covered the property at issue in this matter. At the time of the filing of this Complaint, a copy of the policy was not available, but it is incorporated by reference. A copy of the policy has been requested from the insurance company.

9.      All premiums for the Policy were paid, and the Policy was in full force and effect at all relevant times herein.

10.     On or about September 26, 2024, Hurricane Helene caused extensive flooding to the west coast of Florida.

11.     On or about October 9, 2024, Hurricane Milton likewise caused extensive damage.

12.     Defendant assigned claim number 5000151497 to both losses.

13.     The loss involved in this matter is a flood event, a covered risk under the Policy.

14.     Plaintiffs' property sustained extensive damage as a result of flood waters =.

15.     Plaintiffs submitted a proof of loss to Defendant.

16.    Defendant has breached the terms of the Policy by failing and refusing to pay all amounts due to Plaintiffs pursuant to the terms of the Policy.

17.    Plaintiffs have complied with all conditions precedent to bringing this action, or in the alternative, Defendant has waived same.

18.    As a result of Defendant's breach, Plaintiffs suffered damages, including the amounts legally entitled to recover under the terms of the subject Policy.

WHEREFORE, Plaintiffs, CHRISTIAN LANGEDYK AND KANAE HATTA, bring this action against Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, and requests the following relief:

1. Entry of Judgment in Plaintiffs' favor for all amounts to which Plaintiffs are entitled under the Policy; and

2. An award of attorney's fees and costs.

## DEMAND FOR TRIAL BY JURY

WHEREFORE, Plaintiffs further demand a trial by jury for all such issues that may be triable.

DATED: November 21, 2025.

**Dutton Law Firm P.A.**

/s/ *Christopher S. Dutton*
Christopher S. Dutton, Esq.
Florida Bar No. 115714
Dutton Law Firm P.A.
3104 North Armenia Ave Suite 2
Tampa, FL 33607
csdutton@live.com
Phone (813) 777-4674
*Attorney for Plaintiffs*